UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

In Re: APPLICATION FOR           :
                                 : ss. Hartford, Connecticut
SEARCH WARRANT                   :
                                 :

FILED
2018 MAY 30  P 3: 25
3:18 mj 755 (DFM)
US DISTRICT COURT
HARTFORD CT

AFFIDAVIT

I, Joshua L. Governale, being duly sworn, depose and state as follows:

### I. INTRODUCTION

1. I am a United States Postal Inspector assigned to the New Haven, CT Domicile of the United States Postal Inspection Service. I have been so employed since August 2017. I am currently assigned to the Connecticut and Western Massachusetts Major Crimes Team. As a United States Postal Inspector assigned to the Major Crimes Team, my duties and responsibilities include, but are not limited to the investigation of the illegal shipment of narcotics and narcotics proceeds, as well as the laundering of drug proceeds via the United States Postal Service (USPS). Prior to becoming a U.S. Postal Inspector, I was employed for seven years as a federal air marshal. I have received training in the areas of search and seizure, narcotics investigations and criminal law.

2. I am a law enforcement officer of the United States within the meaning of Title 18 U.S.C. § 3061, and am empowered by law to conduct investigations and make arrests for offenses enumerated in Title 21 U.S.C. §841(a)(1) and other federal offenses.

3. The information set forth in this affidavit is based on an investigation I and other law enforcement agents are conducting. This affidavit does not contain every fact known

to me with respect to this investigation. Rather, it contains those facts I believe to be necessary to establish probable cause for issuance of this search warrant.

4. Based on my training and experience, I know that individuals shipping controlled substances via the United States Mail use Priority Mail Express and Priority Mail almost exclusively and often use fictitious names and/or fictitious return addresses to prevent them from being identified and apprehended by law enforcement.

5. Based on my training and experience, I know that narcotics traffickers send their illegal narcotics through the mail from source states, such as California, Arizona, Texas, and the U.S. Territory of Puerto Rico.

## II.     DESCRIPTION OF THE SUBJECT PARCEL

6. Based on the information contained in this affidavit, there is probable cause to believe, and I do believe, that Priority Mail parcel displaying Priority Mail label number 9505 5130 0823 8136 2710 43 and handwritten Priority Mail address label, addressed to "JESUS FELICLANO, 17 FLORENCE ST. APT 1A, MANCHESTER CT. 06040" and bearing a return address of "PAUL THOMAS 5830 HUGO RD, GRANTS PASS OR 97526" (the "Subject Parcel"), contains controlled substances.

7. On or about May 18, 2018, the Subject Parcel was identified as a parcel possibly containing a controlled substance. The Subject Parcel measures approximately 12" x 3.5" x 14.125", weighs approximately 2 pounds, 15.2 ounces, and bears $13.65 in postage.

8. A review of database records indicates that the delivery address on the Subject Parcel, 17 FLORENCE ST. APT 1A, MANCHESTER CT 06040, is not an actual address. The return address on the Subject Parcel, 5830 HUGO RD, GRANTS PASS OR

97526, is an actual address, however PAUL THOMAS does not reside or receive mail at that address.

9. On May 30, 2018, the Subject Parcel was examined by a trained narcotics detection dog. The Subject Parcel was individually placed among four (4) other similar sized parcels. Upon examination of the parcels, the canine alerted to the Subject Parcel. The parcels, including the Subject Parcel, were rearranged in different positions on the floor, and the handler and canine were called in again. The canine alerted to the Subject Parcel once again. The parcels, including the Subject Parcel, were rearranged in different positions on the floor, and the handler and canine were called in again. The canine alerted to the Subject Parcel a third time.

10. The canine is a three (3) year-old male yellow Labrador Retriever named Conner. Conner is assigned to Detective Zach Kashmanian of the Hartford Police Department. Conner was first certified in July of 2016 and was recently recertified in October of 2017. Conner is certified in the detection of marijuana, hashish, cocaine, crack cocaine, heroin, MDMA, methamphetamine, and anabolic steroids. Conner receives quarterly in-service training sessions in the detection of narcotics. Detective Kashmanian and Conner also train daily on all of the odors that Conner is trained to detect.

11. Based on the above, there is probable cause to believe, and I do believe, that located within the Subject Parcel, is evidence of a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1). The Subject Parcel is presently in the custody of the U.S. Postal Inspection Service located at 141 Weston Street, Hartford, CT 06101.

### III. CONCLUSION

12. WHEREFORE, I respectfully request that a search warrant be issued to search the Subject Parcel for evidence of illegal narcotics, and for any and all documents or other materials containing evidence of the participants in, and methods and plans of conducting, the suspected narcotics trafficking.

_____
JOSHUA L. GOVERNALE
UNITED STATES POSTAL INSPECTOR

Subscribed and sworn to before me this 30th day of May 2018.

/s/ DFM

_____
HONORABLE DONNA F. MARTINEZ
UNITED STATES MAGISTRATE JUDGE